UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **APERTURE IP LLC,**<br><br>Plaintiff<br><br>v.<br><br>**ADT LLC**<br><br>Defendant | **Case No. 6:21-cv-00030**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Aperture IP LLC ("Plaintiff" or "Aperture") hereby asserts the following claims for patent infringement against Defendant ADT LLC ("ADT" or Defendant) and alleges, on information and belief, as follows:

## THE PARTIES

1. Aperture is a limited liability company organized and existing under the laws of the Texas with its principal place of business at 17330 Preston Road, Suite 200D, Dallas, Texas 75252.

2. On information and belief, Defendant ADT is a corporation organized and existing under the laws of Delaware that maintains its principal place of business in Boca Raton, Florida. On information and belief, ADT maintains a regular and established place of business at 1817 W Braker Lane, Ste 400, Bldg F, Austin, TX 78758, and may be served though its registered agent CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, 35 U.S.C. § 1, *et seq*. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

4. ADT maintains a permanent physical presence within the Western District of Texas and has one or more regular and established places of business within the district.

5. ADT maintains a regular and established place of business within the Western District of Texas at 1817 W Braker Lane, Ste 400, Bldg F, Austin, TX 78758.

6. ADT maintains a regular and established place of business within the Western District of Texas at 12305 Mercantile Ave, El Paso, TX 79928.

7. ADT has placed infringing products, like The Blue Doorbell by ADT, into the stream of commerce knowing or understanding that such products would be used in the United States, including in the Western District of Texas.

8. ADT has used The Blue Doorbell by ADT in the Western District of Texas, at least through its own use or testing.

9. ADT has used The Blue Doorbell by ADT in the Western District of Texas, at least though demonstration including through demonstrations during sales or installation.

10. This Court has personal jurisdiction over ADT at least because ADT is registered to do business in Texas, has one or more places of business within the District, has made, used, offered to sell and sold the accused products within the District thus committing acts of infringement within the District, and placed infringing

products, like The Blue Doorbell by ADT, into the stream of commerce knowing or understanding that such products would be used in the United States, including in the Western District of Texas

11.    Venue is proper in the Western District of Texas pursuant to 28 U.S.C. § 1400(b).

## ACCUSED PRODUCTS

12.    Upon information and belief, Defendant makes, uses, imports, sells, and/or offers for sale The Blue Doorbell by ADT, (collectively the "Accused Products").

13.    Upon information and belief, Defendant encourages and supports the use of the Accused Products through their online support, advertising, and licensing relationships with resellers.

## THE PATENTS-IN_SUIT

14.    On October 6, 2009, United States Patent No. 7,598,580 (the "'580 patent"), entitled "Image Sensor Module Package Structure With Supporting Element," was duly and lawfully issued by the U.S. Patent and Trademark Office.

15.    Aperture is the assignee and owner of the right, title and interest in and to the '580 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 7,598,580

16.    Aperture repeats and realleges the allegations of paragraphs 1 through 15 as if fully set forth herein.

17. Defendant has been and is now infringing one or more claims of the '580 Patent under 35 U.S.C. § 271 by making, using, selling, and/or importing the Accused Products in the United States without authority.

18. Claim 1 of the '580 Patent recites:

> 1. An image sensor module package structure with a supporting element, comprising:
>
> a chip having a plurality of light-sensing elements arranged on a light-sending area of a first surface of the chip, a plurality of first conducting pads electrically connected to the light-sensing elements, and at least one conducting channel passing through the chip and electrically connected to the first conducting pads at one end;
>
> the supporting element, which is a flat plate having an opening, a first coupling surface, and a second coupling surface, wherein the opening corresponds to the light-sensing area and the first coupling surface is combined with the first surface; and
>
> a light-transmitting element combines with the second coupling surface.

19. Claim 3 of the '580 Patent recites:

> 3. The image sensor module package structure as claimed in claim 1, wherein the chip further comprises a plurality of second conducting pads or conducting balls which are arranged on a second surface of the chip and electrically connected to the conducting channel.

20. Claim 4 of the '580 Patent recites:

4. The image sensor module package structure as claimed in claim 1, wherein the chip further comprises a ball grid array, which is arranged on a second surface of the chip and electrically connected to the conducting channel.

21. Without license or authorization and in violation of 35 U.S.C. § 271(a), Defendant has infringed and continues to infringe the '580 Patent by making, using, importing, offering for sale, and/or selling a number of its products, for example the Blue Doorbell Camera and other substantially similar products (the "Accused Products").

22. As exemplified below, the Accused Products are an image sensor module package structure with a supporting element.

23. Regarding claim 1:

*An image sensor module package structure with a supporting element, comprising:*

The Blue Doorbell Camera comprises an image sensor module package structure with a supporting element.



https://www.bluebyadt.com/shop/blue-doorbell-camera-hd-video/



    *a chip having a plurality of light-sensing elements arranged on a light-sensing area of a first surface of the chip, a plurality of first conducting pads electrically connected to the light-sensing elements, and at least one conducting*

*channel passing through the chip and electrically connected to the first conducting pads at one end;*

    The Accused Instrumentality comprises a chip.



    The Accused Instrumentality includes a plurality of light sensing elements arranged on a light sensing area of the first surface of the chip.

COMPLAINT FOR PATENT INFRINGEMENT                                                                                     PAGE | 7





The Accused Instrumentality includes a plurality of first conducting pads that are electrically connected to the light sensing elements.



The Accused Instrumentality includes at least one conducting channel passing though the chip and electrically connected to the conducting pads.



*the supporting element, which is a flat plate having an opening, a first coupling surface, and a second coupling surface, wherein the opening corresponds*

*to the light-sensing area and the first coupling surface is combined with the first surface; and*

The Accused Instrumentality includes a supporting element.



The supporting element is a flat plate with an opening, a first coupling surface and a second coupling surface.





*a light-transmitting element combined with the second coupling surface.*

The Accused Instrumentality includes a light-transmitting element combined with the second coupling surface.



24. Regarding claim 3:

*The image sensor module package structure as claimed in claim 1, wherein the chip further comprises a plurality of second conducting pads or conducting balls which are arranged on a second surface of the chip and electrically connected to the conducting channel.*

The chip of the Accused Instrumentality further comprises a plurality of the second conducting balls arranged on the second surface of the chip and electrically connected to the conducting channel.



25. Regarding claim 4:

*The image sensor module package structure as claimed in claim 1, wherein the chip further comprises a ball grid array, which is arranged on a second surface of the chip and electrically connected to the conducting channel.*

The conducting balls of the Accused instrumentality are arranged in a grid array on the second surface of the chip.



26. Aperture has been damaged by Defendant's infringing activities.

27. Aperture is entitled to recover from Defendant the damages sustained by Aperture as a result of Defendant's infringement of the '580 Patent in an amount

COMPLAINT FOR PATENT INFRINGEMENT                                                           PAGE | 13

subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## PRAYER FOR RELIEF

WHEREFORE, Aperture requests that this Court enter judgment against Defendant as follows:

A.   An adjudication that Defendant has infringed the '580 Patent;

B.   An award of damages to be paid by the Defendant adequate to compensate Aperture for Defendant's past infringement of the '580 Patent, and any continuing or future infringement through the date such judgment is entered, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

C.   A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of Aperture's reasonable attorneys' fees; and

D.   An award to Aperture of such further relief at law or in equity as the Court deems just and proper.

## **JURY DEMAND**

Plaintiff demands trial by jury, Under Fed. R. Civ. P. 38.

Dated:  January 13, 2021                               Respectfully Submitted

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2200
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEY FOR PLAINTIFF
APERTURE IP LLC**